IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

Courtroom Deputy: Laura Galera    Date: March 6, 2012
Court Reporter:    Kara Spitler

Civil Action No. 11-cv-02922-RBJ

*Parties*:                                                *Counsel*:

BRENDA A. OGDEN,                        Matthew Osborne

    Plaintiff,

v.

PNC BANK,                                       Patrick Pugh
                                                          Katherine A. White

    Defendant.

### COURTROOM MINUTES

**HEARING:   RULE 16(b) SCHEDULING CONFERENCE**
**Court in session:        8:33 a.m.**

Court calls case.  Appearances of counsel.

Argument regarding Motion for Jury Trial Doc.# [11].

For the reasons as stated on the record, it is:

**ORDERED:**  Motion for Jury Trial Doc.# [11] is DENIED.

Discussion regarding claims and defenses.

Parties request the case be set for an Early Neutral Evaluation or a Settlement Conference.

**THE FOLLOWING WILL CONFIRM THE ACTIONS TAKEN AND DATES SET AT THE SCHEDULING CONFERENCE HELD THIS DATE:**
Deadline for Amendment of pleadings/Joinder of parties: **April 6, 2012.**

Discovery Cut-off: **May 15, 2012.**

Dispositive Motions deadline: **June 15, 2012.**

Parties shall designate affirmative experts **on or before May 1, 2012.**

Parties shall designate rebuttal experts **on or before June 1, 2012.**

**AN EARLY NEUTRAL EVALUATION** is set **March 19, 2012 at 10:00 a.m. before the Honorable Magistrate Judge Hegarty.**

**FINAL PRETRIAL/TRIAL PREPARATION CONFERENCE** is set for **July 13, 2012 at 2:30 p.m. before the Honorable R. Brooke Jackson.**

The parties anticipate a two day bench trial.

**BENCH TRIAL** is set for **July 30, 2012 at 9:00 a.m. before the Honorable R. Brooke Jackson.**

**ORDERED:**  Plaintiff to file a revised scheduling order reflecting the changes made on the record during this proceeding.

HEARING CONCLUDED.
**Court in recess:       9:07 a.m.**
Total time in court:    00:34