IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable R. Brooke Jackson

Civil Action No. 11-cv-02922-RBJ-MEH

BRENDA A. OGDEN,

      Plaintiffs

v.

PNC BANK, a National Association,

      Defendant.

---

## ORDER DISMISSING CASE WITH PREJUDICE

---

It is hereby ordered that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), this action is dismissed with prejudice in its entirety, each party to bear its own costs and attorneys' fees.

DATED this 19th day of July, 2012.

BY THE COURT:

_____

R. Brooke Jackson
United States District Judge